# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JENNIFER McLIN, as Administrator of the Estate of WILLIAM HOPE, Jr., <br>           Plaintiff, <br> vs. <br> CITY OF CHICAGO, et al., <br>           Defendants. | No. 10 C 5076 <br><br> Judge Kennelly |

## STIPULATION AS TO THE JUDGMENT ENTERED IN THIS CAUSE AND STATUTORY ATTORNEY'S FEES AND COSTS

It is hereby stipulated and agreed by and among the parties in this cause by and through their respective attorneys of record with regard to the judgment entered in this cause, attorney's fees and costs:

1. Defendant City of Chicago agrees to pay Four Million, Five Hundred Sixty-Seven Thousand, Eight Hundred Twenty Eight Dollars and no cents ($4,567,828) by March 29, 2013 to Plaintiff Jennifer McLin, Administrator of the Estate of William Hope, Jr., and Parts & Spencer, Ltd.

2. Defendants agree to incorporate the events that formed the basis of this action into a Chicago Police Department training scenario. Defendants St. Clair and Ugarte agree to participate in development and presentation of the training scenario, in consideration of which Plaintiff agrees to waive collection of the punitive damage awards against these defendants.

3. This total sum to be paid and the additional terms of this stipulation represent full satisfaction of the entire judgment in this matter against all defendants, including attorneys' fees and costs.

Date: January 30, 2013

/s Mark Parts  
Attorneys for Plaintiff

/s Liza Franklin  
Attorneys for Defendants

Mark Parts  
Faith Spencer  
Parts & Spencer, Ltd.  
130 North Garland Court, #2005  
Chicago, IL 60602  
Atty. No. 6203617

Liza Franklin  
Colin White  
30 North LaSalle Street  
Suite 900  
Chicago, IL 60602  
Atty. No. 06216088