IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER McLIN, as Administrator of the Estate of WILLIAM HOPE, Jr., | ) ) ) |
| Plaintiff, | ) |
| vs. | ) No. 10 C 5076 |
| | ) |
| CITY OF CHICAGO, et al., | ) Judge Kennelly |
| | ) |
| Defendants. | ) |

## AGREED ORDER

This matter coming before the court pursuant to a stipulation among the parties in this cause as to the judgment entered in this cause and statutory attorneys' fees and costs, the court being advised,

IT IS ORDERED:

1. Defendant City of Chicago will pay Four Million, Five Hundred Sixty-Seven Thousand, Eight Hundred Twenty Eight Dollars and no cents ($4,567,828) by March 29, 2013, to Plaintiff Jennifer McLin, Administrator of the Estate of William Hope, Jr., and Parts & Spencer, Ltd.

2. Defendants will incorporate the events that formed the basis of this action into a Chicago Police Department training scenario. Defendants St. Clair and Ugarte will participate in the development and presentation of the training scenario.

3. This total sum to be paid and the additional terms of the stipulation represent full satisfaction of the entire judgment in this matter against all defendants, including attorneys' fees and costs.

Entered:

_____
MATTHEW F. KENNELLY
United States District Judge